Elmer E. CAMPBELL, Jr., Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3096.

United States Court of Appeals, Federal Circuit.

July 6, 2011.

Elmer E. Campbell Jr., Vallejo, CA, pro se.

Katherine M. Smith, Merit Systems Protection Board, Jessica R. Toplin, Department of Justice Washington, DC, for Respondent.

## ON MOTION

## ORDER

Elmer E. Campbell, Jr. moves for reconsideration of the court's order dismissing his petition for failure to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, if Campbell files his informal brief within 21 days of the date of filing of this order.